JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANI DANIELS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BATH AND BODY WORKS, LLC, et al.,<br><br>        Defendant. | Case No. CV 15-9900 FMO (AJWx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and no activity has been taken place in the matter. Now, the court is informed that the parties have settled and that plaintiff will dismiss the action with prejudice as to plaintiff's individual claims and without prejudice as to the class members. (See Notice of Settlement).

    Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **30 days from the filing date of**

**this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

Dated this 14th day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge